No: PD-

| | | |
|---|---|---|
| ROYCE WILLIAM TAWATER, | § | IN THE TEXAS COURT |
| Petitioner, | § | |
| vs. | § | OF |
| THE STATE OF TEXAS | § | |
| Respondent. | § | TEXAS |

PETITIONER'S PRO SE MOTION REQUESTING LEAVE TO FILE AN

ORIGINAL COPY ONLY OF THE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, "Petitioner," Royce William Tawater, and respectfully moves this Honorable Court to grant leave to file an original copy only of the petition for discretionary review and in support thereof would show the Court the following:

1. The court of appeals was the Sixth District Court of Appeals at Texarkana, Texas.

2. The case and style of the case in the court of appeals was Royce William Tawater v. The State of Texas; 06-14-00075-Cr

3. Petitioner moves that, pursuant to Rule 2, Tex. R. App. Proc., the Court suspend Rule 9.3(b) of the Tex. R. App. Proc., which requires the filing of eleven (11) copies of the Petition For Discretionary Review with the Court.

4. The facts relied upon to show good cause for this request are as follows:

    a) Petitioner is indigent and incarcerated and does not have access to a photocopier; and,

    b) Petitioner is not represented by counsel and intends to file a pro se petition for discretionary review with the Court.

WHEREFORE, PREMESIS CONSIDERED, Petitioner respectfully requests that this Honorable Court grant leave to file an original copy only of the Petition For Discretionary Review. Petitioner further requests all other relief to which he may be entitled.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

C.c. Hunt County D.A.

file/rwt

Respectfully submitted,

Royce W. Tawater,

Pro Se

FILED IN
COURT OF CRIMINAL APPEALS

JAN 07 2015

Abel Acosta, Clerk

## UNSWORN DECLARATION

"I, Royce William Tawater, TDCJ-CID #1950643, being presently incarcerated in the Beto Unit of the TDCJ-CID, declare under penalty of perjury that the above and foregoing are both true and correct."

*Royce Tawater*

Royce W. Tawater

## CERTIFICATE OF SERVICE

This is to further certify that I have mailed a true and correct copy of this Motion Requesting Leave to File an Original Copy Only of the Petition For Discretionary Review to the Hunt County District Attorney, First Class Mail, postage prepaid, by placing the same in the Beto Unit's mail drop-box, designed for that purpose, on this the 28th day of December, 2014.

*Royce Tawater*

Royce W. Tawater,

TDCJ-CID #1940643

Beto Unit

1391 FM 3328

Tennessee Colony, Tx

75880

C.c. Hunt County D.A.

file/rwt